# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISON

| | | |
|---|---|---|
| HENRY ERIC ROUTON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 1:23cv224 |
| v. | : | |
| | : | |
| ARMOR CORRECTIONAL HEALTH | : | |
| SERVICES, INC., et. al., | : | |
| | : | |
| Defendants. | : | |

## DEFENDANT HARRIS' MOTION TO DISMISS
## PURSUANT TO FED. R. CIV. P. 12(b)(6)

Defendant, by counsel, and pursuant to Fed. Civ. R. P. 12(b)(6), hereby moves to dismiss plaintiff's claims. The reasons supporting this Motion are set forth in the accompanying Memorandum of Law.

DR. HARRIS

By: _____/s/_____
Of Counsel

Jeff W. Rosen, Esq., VSB No. 22689
Lisa Ehrich, Esq., VSB No. 32205
PENDER & COWARD, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
Phone: (757) 490-6253
Fax:     (757) 490-6253
jrosen@pendercoward.com
lehrich@pendercoward.com
*Counsel for Harris*

# CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June 2023, I will electronically file the foregoing *Defendant Harris' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6)* with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) to the following:

Margaret Hoehl O'Shea, Esq. (VSB #66611)
Office of the Attorney General
202 North 9th Street
Richmond, VA 23219
Phone: (804) 225-2206
Fax:    (804) 786-4239
moshea@oag.state.va.us
*Counsel for Brennan, Dillman, Herrick, Walters & Williams*

Grace Morse-McNelis, Esq. (VSB #75957)
Sands Anderson PC
1111 E Main Street
Bank of America Center Suite 2400
P O Box 1998
Richmond, VA 23218-1998
Phone: (804) 783-7233
Fax:    (804) 783-7291
gmorsemcnelis@sandsanderson.com
*Counsel for Schnur*

I hereby certify that I will mail the foregoing document by U.S. Mail to the following non-filing user:

Henry Eric Routon    #0005146
Western Virginia Regional Jail
5885 W. River Road
Salem, VA 24153
*Pro Se*

                                                         /s/
                                      Jeff W. Rosen, Esq., VSB #22689
                                      PENDER & COWARD, P.C.
                                      222 Central Park Avenue, Suite 400
                                      Virginia Beach, VA 23462
                                      Phone/Fax: (757) 490-6253
                                      jrosen@pendercoward.com
                                      *Counsel for Harris*