

Virginia Beach    Suffolk    Chesapeake    www.pendercoward.com

June 14, 2023

**Jeff W. Rosen, Esq.**
jrosen@pendercoward.com
Direct Dial/Fax: (757) 490-6253
**222 Central Park Ave., Suite 400**
**Virginia Beach, VA 23462**

**VIA U.S. MAIL**
Henry Eric Routon #0005146
Western Virginia Regional Jail
5885 W. River Road
Salem, VA  24153

      RE:    Henry Eric Routon v. Armor Correctional Health Services, et al
                USDC Alexandria, Case No.: 1:23cv224

Dear Mr. Routon:

      In accordance with the provision of Virginia Code §§ 8.01-20.1 and 8.01-50.1, please provide us with a written certification affirming that, at the time service was requested on the defendant, Dr. Harris, you had obtained the necessary written certifying expert opinion, signed by a qualified expert witness, stating that the defendant(s) and/or their employees deviated from the applicable standard of care in treating you and that such deviations were a proximate cause of your injuries and damages as alleged in the Complaint.

      Thanking you, I am

                                                        Very truly yours,

                                                        PENDER & COWARD, P.C.

                                                        Jeff W. Rosen

JWR/p
Encl.
cc:    Dr. Harris