IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

HENRY ERIC ROUTON,
PLAINTIFF,

V.                          CASE NO.: 1:23CV224

ARMOR CORRECTIONAL HEALTH
SERVICES, INC., et al.,
DEFENDANTS.

REQUEST FOR ENTRY OF DEFAULT

TO: CLERK OF THE COURT FOR THE EASTERN DISTRICT OF VIRGINIA:

Will you please enter the default of Defendant ARMOR CORRECTIONAL HEALTH SERVICES, INC., for failure to plead or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure, as appears from the attached declaration of HENRY ERIC ROUTON.

June 22, 2023

*Henry Eric Routon*
HENRY ERIC ROUTON

5885 W. River Rd.
Salem, Virginia 24153