IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

HENRY ERIC ROUTON,
PLAINTIFF,

V.                        CASE NO.: 1:23CV224

ARMOR CORRECTIONAL HEALTH
SERVICES, INC., et al.,
DEFENDANTS.

## DECLARATION IN SUPPORT OF ENTRY OF DEFAULT

PLAINTIFF, HENRY ERIC ROUTON STATES:

1. I AM HENRY ERIC ROUTON, the pro se PLAINTIFF IN the ABOVE ENTITLED MATTER

2. THE DEFENDANT ARMOR CORRECTIONAL HEALTH SERVICES, INC., WAS SERVED WITH A COPY OF the SUMMONS AND COMPLAINT AS APPEARS FROM the PROOF OF SERVICE ON FILE.

3. THE DEFENDANT ARMOR CORRECTIONAL HEALTH SERVICES, INC., HAS NOT FILED OR SERVED ANSWER OR TAKEN OTHER ACTIONS AS

may be permitted by law although more than 21 days have passed since the date of service on May 16, 2023.

4. A United States Marshal made service on Ashley Gay the Clinical Director of Operations who is designated by law to receive process by law for Armor Correctional Health Services, Inc., as the record reflects.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the for going is true and correct by my knowledge.

June 22, 2023

Henry Eric Routon
HENRY ERIC ROUTON
5885 W. River Rd
Salem, VA 24153