IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

HENRY ERIC ROUTON,
PLAINTIFF,

V.                                              CASE NO. 1:23CV224

ARMOR CORRECTIONAL
HEALTH SERVICES, INC.,
et al.
DEFENDANTS.

PLAINTIFF'S FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS AND THE PLAINTIFF'S FIRST INTERROGATORIES

Pursuant to Rules 33 and 34, Fed. R. Civ. P., the Plaintiff submits the following interrogatories and requests for documents to the Virginia Department of Corrections Defendants. You are directed to answer each of the interrogatories in writing under oath, and to provide the Plaintiff with copies of each of the requested documents or make them available to the Plaintiff for inspection or copying, within 30 days.

1

#1. State the names, titles, and duties of all staff members at the Virginia Department of Corrections and at Deerfield Correctional Center, at all times relevant to the Plaintiff's claims, who have responsibility for responding to, investigating, or deciding inmate grievances. If those duties are set forth in any job description, policy, directive, or other document, produce the document(s).

#2. State the procedure in effect for Virginia Department of Corrections and/or Deerfield Correctional Center during the period of 2019-2021 for treating prisoners that were positive for chronic hepatitis C virus with direct acting antiviral drugs. If this procedure(s) are set forth in any policy, directive, or other descriptive document, produce the document(s).

#3. State the duties of defendant Armor Correctional Health Services, Inc., at all times relevant to the Plaintiff's claims, at Deerfield Correctional Center. If the duties

1/2

ARE SET FORTH IN ANY Job DESCRIPTION, policy, directive, or other document, produce the document(s).

#4. STATE the SERVICES ARMOR CORRECTIONAL HEALTH SERVICES, INC. WERE to perform AS A For-profit INDEPENDENT CONTRACTOR UNDER CONTRACTUAL obligation WITH VIRGINIA DEPARTMENT OF CORRECTIONS AND/or DEERFIELD CORRECTIONAL CENTER At All times RELEVANT To the Plaintiff's Claims. IF Those SERVICES/obligations ARE SET FORTH IN ANY CONTRACT, policy, directive, procedure, or OTHER document, produce the document(s).

#5. STATE the NAMES, titles, And duties OF All Staff MEMBERS At VIRGINIA DEPARTMENT OF CORRECTIONS AND/or DEERFIELD CORRECTIONAL CENTER, At All times Relevant to Plaintiff's Claims, who have Responsibility For CREATING, ENFORCING, MAINTAING or Following the procedure(s) IN EFFECT AT All Times Relevant to the Plaintiff's Claims, To provide treatment To prisoner's that were hepatitis C VIRUS positive with direct ACTING ANTIVIRAL drugs. IF those duties ARE SET FORTH IN ANY Job DESCRIPTION, policy, CONTRACT, directive or other document,

3

produce the document(s)

#6. STATE THE CURRENT procedure IN EFFECT AT VIRGINIA DEPARTMENT OF CORRECTIONS AND/OR DEERFIELD CORRECTIONAL CENTER FOR THE treatment OF hepatitis C VIRUS positive prisoners with direct ACTING ANTI-VIRAl drugs. IF this procedure is set FORTH IN ANY CONTRACT, policy, directive or other document, produce the document(s)

DATE: 8/22/2023

*Henry Eric Routon*
HENRY ERIC ROUTON
5885 W. RIVER Rd
SALEM, VA 24153

CERTIFICATE OF SERVICE

I, hereby CERTIFY, ON This 22nd day of August, 2023 mailed the FOREGOING document, true AND Correct, VIA U.S. POSTAL Service, prepaid, to MS. Margaret Hoel O'Shea, JAAG, office of the Attorney General, 202 North 9th Street, Richmond, Virginia 23219.

*Henry Eric Routon*
5885 W. River Rd.
Salem VA 24153

✓
4