# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **HENRY ERIC ROUTON,** <br><br> Plaintiff, <br><br> v. <br><br> **ARMOR CORRECTIONAL HEALTH SERVICES, INC.,** et al., <br><br> Defendants. | **CASE NO.: 1:23-cv-224** |

## SUGGESTION OF ASSIGNMENT FOR BENEFIT OF CREDITORS

**YOU ARE HEREBY** notified that Daniel J. Stermer ("Assignee"), not individually but solely in his capacity as Assignee for the benefit of creditors of the estate of Armor Health Management, LLC, f/k/a Armor Correctional Health Services, Inc. (the "Assignor"), filed a Petition for Assignment for the Benefit of Creditors (the "Petition") in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida on October 11, 2023, Case No. 2023-024558-CA-01 (the "Assignment Case"). You are advised that, with the filing of the Petition, all property of the Assignor, both real and personal, became subject to the jurisdiction of the Miami-Dade Circuit Court in the Assignment Case pursuant to the provisions of Chapter 727, Florida Statutes.

Pursuant to §727.105, Fla. Stat., upon the filing of the Petition, proceedings may not be commenced against the Assignee except as provided in Chapter 727, Florida Statutes, but nothing in such Chapter affects any action or proceeding by a governmental unit to enforce such governmental unit's police or regulatory power. Further, except in the case of a consensual lienholder enforcing its rights in personal property or real property collateral, there shall be no levy, execution, attachment, or the like in respect of any judgment against assets of the Estate in

the possession, custody, or control of the Assignee.

The filing of this Suggestion of Assignment is not intended by undersigned counsel or the Assignee to be a general appearance in this cause.

Dated this 16th day of November, 2023.

**VENABLE LLP**

By: /s/ Stephen K. Gallagher
    Stephen K. Gallagher (VSB 38085)
    1850 Towers Crescent Plaza, Suite 400
    Tysons, VA 22182
    Telephone: (703) 821-1647
    Facsimile: (703) 821-8949
    Email: skgallagher@venable.com

- and -

    Paul J. Battista, Esq. (not admitted in this district)
    Allison R. Day, Esq. (not admitted in this district)
    Avi Zemel, Esq. (not admitted in this district)
    *Attorneys for Assignee*
    Miami Tower, 44th Floor
    100 Southeast Second Street
    Miami, FL 33131
    Telephone: (305) 349-2300
    Facsimile: (305) 349-2310
    Email: pjbattista@venable.com
    Email: arday@venable.com
    Email: azemel@venable.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been served via the Court's CM/ECF Notification to all parties entitled to receive notice and via U.S. mail to Henry Eric Routon, 1113358, DOC Inmate Mailing Address, 3521 Woods Way, State Farm, VA 23160 on this 16th day of November, 2023.

By: /s/ *Stephen K. Gallagher*
    Stephen K. Gallagher, Esq.