IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| HENRY ERIC ROUTON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:23cv224 (LMB/LRV) |
| ) | |
| ARMOR CORRECTIONAL HEALTH ) | |
| SERVICES INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

<u>ORDER</u>

On April 14, 2024, plaintiff Henry Eric Routon, by counsel, filed an Amended Complaint, in which he named as defendants four of the twelve original defendants, Alvin Harris, Steve Herrick, James Walters, and Jeffrey Dillman, and added Mark Armonette as a defendant. [Dkt. No. 64]. The Amended Complaint is now the only operative complaint, and the original defendants who are not named in the Amended Complaint are deemed dismissed from this civil action. The Virginia Office of the Attorney General has entered an appearance on behalf of Herrick, Walters, Dillman, and Armonette. Harris has been unrepresented since October 6, 2023, and it is unclear whether he has been served with the Amended Complaint. Accordingly, it is hereby

ORDERED that plaintiff promptly effect service of the Amended Complaint upon defendant Harris or, if he has been served, file a notice informing the Court of how service was achieved; and it is further

ORDERED that all defendants who are not named in the Amended Complaint be and are DISMISSED WITHOUT PREJUDICE and the interested party be and is TERMINATED.

The Clerk is directed to forward copies of this Order to counsel of record and to defendant Alvin Harris, <u>pro se</u>.

Entered this 24 day of May, 2024.

/s/
Leonie M. Brinkema
United States District Judge

Alexandria, Virginia